JOHN ZELECHOWSKI, Respondent, v. HURD-LANDSHEFT MOTOR COMPANY, INC., Appellant. — Judgment affirmed, with costs. New trial in

Buffalo City Court to be had on the 31st day of January, 1917, at ten o'clock A. M. All concurred.